**Dismissed and Opinion Filed October 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01275-CV

### TROY DON NORRELL, Appellant
### V.
### RUTH CECELIA NORRELL, Appellee

**On Appeal from the County Court at Law No. 3**
**Williamson County, Texas**
**Trial Court Cause No. 14-2104-FC3**

## MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Molberg

Before the Court is Appellant Troy Don Norrell's motion to dismiss this appeal, which states the parties have reached a settlement agreement. By telephone, the Clerk of this Court requested a certificate of conference, but no certificate of conference has been filed. Appellant's motion to dismiss does not state that the parties have reached agreement with respect to appellate costs. *See* TEX. R. APP. P. 42.1. Nor does Appellant's motion to dismiss attach a copy of the settlement agreement.

More than ten days have passed since the filing of the motion and no response has been filed by Appellee Ruth Cecelia Norrell. We have not yet issued a decision. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant Appellant's motion and we dismiss this appeal.

TEX. R. APP. P. 42.1(a)(1).  Pursuant to Texas Rule of Appellate Procedure 42.1(d), costs will be taxed against Appellant.  TEX. R. APP. P. 42.1(d).

Having dismissed the appeal at Appellant's request, our mandate will issue forthwith.


/Ken Molberg//
KEN MOLBERG
JUSTICE


181275F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

TROY DON NORRELL, Appellant

No. 05-18-01275-CV      V.

RUTH CECELIA NORRELL, Appellee

On Appeal from the County Court at Law
No. 3, Williamson County, Texas
Trial Court Cause No. 14-2104-FC3.
Opinion delivered by Justice Molberg.
Justices Bridges and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Pursuant to Texas Rule of Appellate Procedure, 42.1(d), it is **ORDERED** that Appellee RUTH CECELIA NORRELL recover her costs of this appeal from Appellant TROY DON NORRELL. TEX. R. APP. P. 42.1(d).

Judgment entered this 7th day of October 2019.